**Frank LEACH, Jr., Petitioner–Appellant,**

v.

**Robert WARD, Warden of Evans Correctional Institution; Charles M. Condon, Attorney General of the State of South Carolina, Respondents–Appellees.**

No. 01–6673.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 28, 2001.

Decided Sept. 20, 2001.

Frank Leach, Jr., pro se. Derrick K. McFarland, Office of the Attorney General of South Carolina, Columbia, SC, for appellees.

Before WIDENER, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Frank Leach, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Leach v. Ward,* No. CA–00–301–7–23 (D.S.C. Apr. 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*